The order below is hereby signed.

Signed: February 9 2017

S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: GERALDINE P. BOYKIN | |
| | Case No. 14-00708-SMT |
| | Chapter 13 |
| Debtor(s) | |

**ORDER APPROVING SALE AND PAYMENT OF CLAIMS**

Upon a motion and/or notice by the Debtor for approval of sale and the application of proceeds to pay-off the existing lien(s), it is by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the sale noticed by the Debtor in this case of property known as O Street, SE, Washington, DC 20020 or more specifically known for tax and assessment purposes as Lot 0029, Square 5542S, is approved by the Court, under the terms of this Order; and it is further

ORDERED, that all debts secured by present properly perfected liens of record upon the property shall be paid at settlement; and it is further

ORDERED, that the settlement agent is authorized to pay at settlement the usual and ordinary costs of sale (including, e.g., any pro rata share of accruing real estate taxes that are to be borne by the seller), and after payment of closing costs and satisfaction of liens upon the property, the settlement officer shall remit directly to the Chapter 13 Trustee all net proceeds, together with a copy of the fully executed settlement sheet (HUD-1); and it is further

ORDERED, that the plan confirmed in this case is hereby modified by the terms of this Order, with liens to be paid from the sale proceeds, and this Order shall not be stayed pursuant to Federal Bankruptcy Code Rule 6004(h) ; and it is further

ORDERED, that if the Trustee does not receive the required proceeds and settlement sheet (HUD-1) within ninety (90) days of the date of entry of this Order, the authority to sell granted by this Order shall automatically terminate and the modification to plan approved herein shall be void.

cc:

Tommy Andrews, Jr., Esq.
122 North Alfred Street
Alexandria, VA 22314
*Attorney for Debtor(s)*

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive #240
Annapolis, MD 21401-7493

**END OF ORDER**